SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
JOSHUA CUEVAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>   Plaintiff,<br><br>vs.<br><br>EA RESTAURANT GROUP INC D/B/A THE ATMOSPHERE; SAKIS SEMIZYAN, AS TRUSTEE OF THE SAKIS SEMIZYAN AND MARINE SEMIZYAN REVOCABLE LIVING TRUST; and DOES 1 to 10,<br><br>   Defendants. | **Case No.: 2:24-cv-01201-HDV-Ex**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: February 20, 2025<br>Time: 10:00 a.m.<br>Courtroom: 5B<br><br>Honorable Judge Hernan D. Vera |

  To Defendants EA RESTAURANT GROUP INC D/B/A THE ATMOSPHERE; SAKIS SEMIZYAN, AS TRUSTEE OF THE SAKIS SEMIZYAN AND MARINE SEMIZYAN REVOCABLE LIVING TRUST; and the attorneys of record, if any: Please take notice that on February 20, 2025, at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff JOSHUA CUEVAS will present Plaintiff's motion for default judgment against

Defendants EA RESTAURANT GROUP INC D/B/A THE ATMOSPHERE and SAKIS SEMIZYAN, AS TRUSTEE OF THE SAKIS SEMIZYAN AND MARINE SEMIZYAN REVOCABLE LIVING TRUST. The Clerk has previously entered the default on said Defendants on September 6, 2024 (Dkt. #20) and September 5, 2024 (Dkt. #17), respectively.

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendants EA RESTAURANT GROUP INC D/B/A THE ATMOSPHERE and SAKIS SEMIZYAN, AS TRUSTEE OF THE SAKIS SEMIZYAN AND MARINE SEMIZYAN REVOCABLE LIVING TRUST are not minors, incompetent persons, or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants EA RESTAURANT GROUP INC D/B/A THE ATMOSPHERE and SAKIS SEMIZYAN, AS TRUSTEE OF THE SAKIS SEMIZYAN AND MARINE SEMIZYAN REVOCABLE LIVING TRUST have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,915.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendants to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendants are readily accessible to and usable by individuals with disabilities at the property located at or about 4608 San Fernando Rd., Glendale, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendants EA RESTAURANT GROUP INC D/B/A THE ATMOSPHERE and SAKIS SEMIZYAN, AS TRUSTEE OF THE SAKIS SEMIZYAN AND MARINE SEMIZYAN REVOCABLE LIVING TRUST on January 8, 2025 by first class United States Mail, postage prepaid.

Dated: January 8, 2025  **SO. CAL. EQUAL ACCESS GROUP**

By: _/s/ Jason J. Kim_
Jason J. Kim, Esq.
Attorneys for Plaintiff