SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff,
JOSHUA CUEVAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>             Plaintiff,<br><br>      vs.<br><br>EA RESTAURANT GROUP INC D/B/A THE ATMOSPHERE; SAKIS SEMIZYAN, AS TRUSTEE OF THE SAKIS SEMIZYAN AND MARINE SEMIZYAN REVOCABLE LIVING TRUST; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 2:24-cv-01201-HDV (Ex)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

      Notice is hereby given that Plaintiff JOSHUA CUEVAS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

  DATED:  February 17, 2025

**SO. CAL EQUAL ACCESS GROUP**

_____*/s/ Jason J. Kim*_____
JASON J. KIM
Attorney for Plaintiff